United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Marnita S Adams  
Frank D Adams, Sr.  
    Debtors

Case No. 13-18278-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia                  Page 1 of 1         Date Rcvd: Oct 26, 2016
                            Form ID: trc                    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2016.
13243637       +Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2016                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2016 at the address(es) listed below:
    ANDREW F GORNALL    on behalf of Creditor    OCWEN LOAN SERVICING, LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
    GEORGETTE MILLER    on behalf of Debtor Marnita S Adams info@georgettemillerlaw.com, georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com
    GEORGETTE MILLER    on behalf of Joint Debtor Frank D Adams, Sr. info@georgettemillerlaw.com, georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com
    LESLIE J. RASE    on behalf of Creditor    OCWEN LOAN SERVICING, LLC pabk@logs.com, lerase@logs.com
    MARTIN A. MOONEY    on behalf of Creditor    Toyota Lease Trust tshariff@schillerknapp.com, tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
    WILLIAM EDWARD CRAIG    on behalf of Creditor    Toyota Motor Credit Corporation mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
                                                                            TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 13-18278-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Marnita S Adams                                    Frank D Adams, Sr.
219 Levick Street                                  219 Levick Street
Philadelphia PA 19111                              Philadelphia PA 19111

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/25/2016.

Name and Address of Alleged Transferor(s):          Name and Address of Transferee:

Claim No. 19: Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117          LVNV Funding LLC, C/O Resurgent Capital Services
                                                    P.O. Box 10587
                                                    Greenville, SC 29603-0587

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/28/16                                    Tim McGrath
                                                    **CLERK OF THE COURT**