Certificate Number: 15317-PAE-DE-031687667

Bankruptcy Case Number: 13-18278



15317-PAE-DE-031687667

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 28, 2018</u>, at <u>4:22</u> o'clock <u>PM PDT</u>, <u>Frank Adams</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   September 28, 2018              By:    /s/Jonald Gutierrez

                                        Name:  Jonald Gutierrez

                                        Title: Counselor