United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 13-18278-mdc
Marnita S Adams                                                       Chapter 13
Frank D Adams, Sr.
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 3              Date Rcvd: Mar 15, 2019
                              Form ID: 138NEW             Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2019.
```
db/jdb         +Marnita S Adams,    Frank D Adams, Sr.,    219 Levick Street,    Philadelphia, PA 19111-5605
cr            ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:   Toyota Motor Credit Corporation,    19001 South Western Avenue,
                 PO Box 2958,    Torrance, CA  90509-2958)
cr              Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA  50306-0438
13210606       +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13152154       +BJ’s Card Service,    PO Box 13337,    Philadelphia, PA 19101-3337
13152153       +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
13152152      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:   AT&T Universal Card,    PO BOX 183113,    Columbus, OH 43218-2564)
13152155       +Cardworks Serv/Zelkova,    101 Crossways Park Dr W,    Woodbury, NY 11797-2020
13152156       +Chase,    Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
13243637       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
13152160       +Dept Of Ed/Sallie Mae,    11100 Usa Pkwy,    Fishers, IN 46037-9203
13424694        ECMC,    P.O. BOX 16408,    ST. PAUL, MN  55116-0408
13152161       +Freedom Cu,    626 Jacksonville Rd Ste,    Warminster, PA 18974-4872
13187415        Jefferson University Hospitals,    State Collection Service Inc.,    2509 S. Stoughton Rd.,
                 PO Box 6250,    Madison WI  53716-0250
13152164        Juniper,    Card Services,    PO BOX 13337,    Philadelphia, PA 19101-3337
13152165        Macys,    PO BOX 183083,    Columbus, OH 43218-3083
13152166       +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13152167       +Ocwen Loan Servicing L,    3451 Hammond Ave,    Waterloo, IA 50702-5345
13229377       +Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,    1100 Virginia Drive, Suite 175,
                 Fort Washington, PA 19034-3278
13438518       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14286978       +PHH Mortgage Corporation,    Bankruptcy Department,    1 Mortgage Way, Mail Stop SV-22,
                 Mt. Laurel, NJ 08054-4637
13152168       +Peco,    PO Box 13439,    Philadelphia, PA 19101-3439
13180552       +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
13152171       +RCI Card Services,    PO Box 13337,    Philadelphia, PA 19101-3337
13187027       +Sallie Mae Inc. on behalf of PHEAA,    P.O. Box 8147,    Harrisburg, PA 17105-8147
13152172       +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
13799842        Toyota Lease Trust,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13152173       +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
13164503        Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
13185481        Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA  50306-0438
14257718       +Wells Fargo Bank, N.A.,    PO Box 14487,    Des Moines IA 50306-3487
13152175       #+Wells Fargo Financial Cards,    PO Box 660041,    Dallas, TX 75266-0041
13152176       +Zelkova Acquistion LLC,    P.O. Box 9201,    Old Bethpage, NY 11804-9001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Mar 16 2019 03:31:08     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 16 2019 03:29:42
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 16 2019 03:30:33     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Mar 16 2019 03:26:34     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13152157        E-mail/Text: megan.harper@phila.gov Mar 16 2019 03:31:07     City of Philadelphia,
                 Department of Revenue,    PO Box 1630,    Philadelphia, PA 19105
13246067        E-mail/Text: megan.harper@phila.gov Mar 16 2019 03:31:07
                 City of Philadelphia Law Department,    Tax Unit - Bankruptcy,    Municipal Services Building,
                 1401 John F. Kennedy Blvd.,    5th Floor,    Philadelphia, PA 19102-1595
13170090       +E-mail/Text: ELDABBASM@FREEDOMCU.ORG Mar 16 2019 03:28:50     Freedom Credit Union,
                 626 Jacksonville Road,    Suite 250,    Warminster PA 18974-4862
13152162       +E-mail/PDF: gecsedi@recoverycorp.com Mar 16 2019 03:26:00     Gecrb/Lowes,    Po Box 965005,
                 Orlando, FL 32896-5005
13813462        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 16 2019 03:26:13
                 LVNV Funding LLC, C/O Resurgent Capital Services,    P.O. Box 10587,
                 Greenville, SC 29603-0587
13257938        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 16 2019 03:27:14
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13203510        E-mail/Text: bnc-quantum@quantum3group.com Mar 16 2019 03:29:07
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13161979        E-mail/PDF: rmscedi@recoverycorp.com Mar 16 2019 03:27:16
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
```

```
District/off: 0313-2           User: Virginia              Page 2 of 3                   Date Rcvd: Mar 15, 2019
                               Form ID: 138NEW             Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13278277         E-mail/PDF: pa_dc_ed@navient.com Mar 16 2019 03:26:40      Sallie Mae Inc. on behalf of,
                  Department of Education,    P.O. Box 740351,    Atlanta, Ga 30374-0351
13152174        +E-mail/Text: megan.harper@phila.gov Mar 16 2019 03:31:08      Water Revenue Bureau,
                  1401 JFK Boulevard,    Philadelphia, PA 19102-1663
                                                                                             TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13152159           Commonwealth of PA
13427501           Commonwealth of Pennsylvania,    Department of Revenue,    P.O. Box 280946
cr*                ECMC,    PO Box 16408,   St. Paul, MN 55116-0408
cr*                LVNV Funding LLC, C/O Resurgent Capital Services,    P.O. Box 10587,
                  Greenville, SC 29603-0587
cr*                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
13152163*        ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
                  (address filed with court: Home depot credit services,    PO BOX 182676,
                  Columbus, OH 43218-2676)
13152158*        ++CITY OF PHILADELPHIA LAW DEPARTMENT,    MUNICIPAL SERVICES BUILDING,
                  1401 JOHN F KENNEDY BLVD 5TH FLOOR,    PHILADELPHIA PA 19102-1617
                  (address filed with court: City of Philadelphia,    Department of Revenue,    PO Box 1630,
                  Philadelphia, PA 19105-1630)
13791731*          Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
13152170*          Radioshack Credit Plan,    PO BOX 183015,    Columbus, OH 43218-3015
13152169         ##+RadioShack Credit Plan,    PO BOX 183015,    Columbus, OH 43218-3015
                                                                                   TOTALS: 2, * 7, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2019 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    OCWEN LOAN SERVICING, LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              GEORGETTE   MILLER    on behalf of Debtor Marnita S Adams info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              GEORGETTE   MILLER    on behalf of Joint Debtor Frank D Adams, Sr. info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              JEREMY JOHN KOBESKI    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Ocwen Loan Servicing LLC paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Ocwen Loan Servicing LLC paeb@fedphe.com
              LESLIE J. RASE    on behalf of Creditor    OCWEN LOAN SERVICING, LLC pabk@logs.com,   lerase@logs.com
```

```
District/off: 0313-2           User: Virginia              Page 3 of 3                   Date Rcvd: Mar 15, 2019
                               Form ID: 138NEW             Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          MARTIN A. MOONEY    on behalf of Creditor    Toyota Lease Trust ahight@schillerknapp.com, ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknapp.com

          THOMAS I. PULEO    on behalf of Creditor    OCWEN LOAN SERVICING, LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

          WILLIAM EDWARD CRAIG    on behalf of Creditor    Toyota Motor Credit Corporation ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

                                                                                                          TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Marnita S Adams and Frank D Adams, Sr.

      Debtor(s)                                     Bankruptcy No: 13−18278−mdc

                                                               Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                                900 Market Street
                                     Suite 400
                               Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                   For The Court
                                                              Timothy B. McGrath
                                                               Clerk of Court

Dated: 3/15/19

                                                                                                    72 − 71
                                                                                                Form 138_new