United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-18278-mdc
Marnita S Adams                                                         Chapter 13
Frank D Adams, Sr.
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin            Page 1 of 2            Date Rcvd: Apr 05, 2019
                              Form ID: 3180W         Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2019.
db/jdb         +Marnita S Adams,    Frank D Adams, Sr.,    219 Levick Street,    Philadelphia, PA 19111-5605
13210606       +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13187415        Jefferson University Hospitals,    State Collection Service Inc.,    2509 S. Stoughton Rd.,
                 PO Box 6250,   Madison WI   53716-0250
14286978       +PHH Mortgage Corporation,    Bankruptcy Department,    1 Mortgage Way, Mail Stop SV-22,
                 Mt. Laurel, NJ 08054-4637
13180552       +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Apr 06 2019 02:36:41     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 06 2019 02:35:55
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 06 2019 02:36:39      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13246067        E-mail/Text: megan.harper@phila.gov Apr 06 2019 02:36:41
                 City of Philadelphia Law Department,    Tax Unit - Bankruptcy,    Municipal Services Building,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1595
13243637       +EDI: CITICORP.COM Apr 06 2019 06:23:00     Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
13424694        EDI: ECMC.COM Apr 06 2019 06:23:00     ECMC,   P.O. BOX 16408,    ST. PAUL, MN  55116-0408
13170090       +E-mail/Text: ELDABBASM@FREEDOMCU.ORG Apr 06 2019 02:35:44      Freedom Credit Union,
                 626 Jacksonville Road,    Suite 250,   Warminster PA 18974-4862
13813462        EDI: RESURGENT.COM Apr 06 2019 06:28:00     LVNV Funding LLC, C/O Resurgent Capital Services,
                 P.O. Box 10587,   Greenville, SC 29603-0587
13257938        EDI: PRA.COM Apr 06 2019 06:23:00     Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
13203510        EDI: Q3G.COM Apr 06 2019 06:23:00     Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA  98083-0788
13278277        EDI: NAVIENTFKASMDOE.COM Apr 06 2019 06:23:00     Sallie Mae Inc. on behalf of,
                 Department of Education,    P.O. Box 740351,   Atlanta, Ga 30374-0351
13799842        EDI: BL-BECKET.COM Apr 06 2019 06:23:00     Toyota Lease Trust,    c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
13164503        EDI: TFSR.COM Apr 06 2019 06:23:00     Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,
                 Cedar Rapids, Iowa 52408-8026
13185481        EDI: WFFC.COM Apr 06 2019 06:23:00     Wells Fargo Bank NA,    PO Box 10438,
                 Des Moines IA   50306-0438
                                                                                                TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13427501        Commonwealth of Pennsylvania,    Department of Revenue,    P.O. Box 280946
13791731*       Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,    Kirkland, WA 98083-0788
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: admin                  Page 2 of 2                   Date Rcvd: Apr 05, 2019
                               Form ID: 3180W               Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2019 at the address(es) listed below:

```
              ANDREW F GORNALL    on behalf of Creditor    OCWEN LOAN SERVICING, LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              GEORGETTE    MILLER    on behalf of Debtor Marnita S Adams info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              GEORGETTE    MILLER    on behalf of Joint Debtor Frank D Adams, Sr. info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              JEREMY JOHN KOBESKI    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Ocwen Loan Servicing LLC paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Ocwen Loan Servicing LLC paeb@fedphe.com
              LESLIE J. RASE    on behalf of Creditor    OCWEN LOAN SERVICING, LLC pabk@logs.com, lerase@logs.com
              MARTIN A. MOONEY    on behalf of Creditor    Toyota Lease Trust ahight@schillerknapp.com,
               ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknap
               p.com
              THOMAS I. PULEO    on behalf of Creditor    OCWEN LOAN SERVICING, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Toyota Motor Credit Corporation
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 15
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Marnita S Adams** | Social Security number or ITIN   xxx–xx–5331 |
|  | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Frank D Adams Sr.** | Social Security number or ITIN   xxx–xx–5555 |
|  | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number: | **13–18278–mdc** | |

# Order of Discharge                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Marnita S Adams                                    Frank D Adams Sr.

<u>4/4/19</u>                                      **By the court:**    <u>Magdeline D. Coleman</u>
                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**